**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **RICHARD TANNER,** | ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Case No. 2:21-CV-2372-SAC-TJJ |
| **KEYSTONE AUTOMOTIVE OPERATIONS MIDWEST, INC., et al.** | ) ) ) ) | |
| **Defendants.** | ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants (collectively "the parties") file this *Joint Stipulation of Dismissal with Prejudice.* Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear his/its own costs.

Respectfully submitted,

*/s/ Robert A. Bruce*  
Daniel L. Doyle   KS Bar No. 11260  
Robert Bruce    KS Bar No. 28332  
DOYLE & ASSOCIATES LLC  
748 Ann Avenue  
Kansas City, KS 66101  
Tel: (913) 371-1930  
Fax: (913) 371-0147  
d.doyle@ddoylelaw.com  
r.bruce@ddoylelaw.com

ATTORNEYS FOR THE PLAINTIFF

/s/ *Gregory D. Ballew (w/ permission)*  
Gregory D. Ballew    KS Bar No. 17214  
FISHER & PHILLIPS LLP  
4900 Main Street, Suite 650  
Kansas City, Missouri 64112  
TEL: (816) 842-8770  
FAX: (816) 842-8767  
Email: gballew@fisherphillips.com

ATTORNEYS FOR ALL DEFENDANTS